UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.V.Q,<br><br>              Plaintiff,<br><br>      v.<br><br>THE GEO GROUP, INC.,<br><br>              Defendant. | Case No. 1:24-cv-00656-KES-CDB<br><br>ORDER GRANTING APPLICATION OF JESSICA ZHANG TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 5) |

The Court has considered the application of Jessica Zhang, attorney for Plaintiff L.V.Q., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 5). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED:

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **June 5, 2024**                              _____
                                                                         UNITED STATES MAGISTRATE JUDGE