Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel:  213.236.0600 Fax:  213.236.2700

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| L.V.Q., | Case No. 1:24-cv-00656-KES-CDB |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO CONTINUE RULE 26 SCHEDULING CONFERENCE** |
| v. | |
| THE GEO GROUP, INC., a Florida Corporation, | |
| Defendant. | |

Defendants THE GEO GROUP, INC., by and through their counsel of record, and Plaintiff L.V.Q., by and through his counsel of record, hereby stipulate as follows:

WHEREAS, the Parties met and conferred about the Complaint [Dkt. 1], and specifically the Negligent Infliction of Emotional Distress claim, and Plaintiff then filed a First Amended Complaint [Dkt. 9];

WHEREAS, Defendant GEO filed an Answer to the First Amended Complaint [Dkt. 10];

WHEREAS, this Court set a Scheduling Conference on September 5, 2024, with the parties' joint report due on August 29, 2024;

//

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4862-3873-2249 v1

Case No. 1:24-cv-00656-KES-CDB
JOINT STIPULATION RE SCHEDULING CONF

WHEREAS, Plaintiff's counsel is out of the office on vacation from August 19-28, 2024, and Defense counsel is on vacation from September 2-20, 2024;

Accordingly, the Parties jointly request to continue the Report deadline and the Scheduling Conference by 30 days.

THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1.    The Parties will file a Joint Rule 26 Report of Counsel by September 26, 2024.

2.    The Scheduling Conference will be moved to October 3, 2024, or another date thereafter at the court's convenience.

IT IS SO STIPULATED.

Dated:  August 16, 2024                    BURKE, WILLIAMS & SORENSEN, LLP


By:    _/s/ *Susan E. Coleman*_
Susan E. Coleman
Attorneys for Defendant
THE GEO GROUP, INC.

DATED: August 16, 2024          IMMIGRANT LEGAL DEFENSE


By:    _/s/ *Jessica Zhang*_
Jessica Zhang

Attorneys for Plaintiff L.V.Q.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4862-3873-2249 v1                              2          Case No. 1:24-cv-00656-KES-CDB
JOINT STIPULATION RE SCHEDULING CONF