Tania Linares Garcia (CA Bar No. 307980)
Jessica Zhang*
IMMIGRANT LEGAL DEFENSE
1301 Clay St., #70010
Oakland, CA 94612
Telephone: (510) 473-2989
tania@ild.org

*Attorneys for Plaintiff L.V.Q.*

*admitted pro hac vice*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

L.V.Q.,

                        Plaintiff,

            v.

THE GEO GROUP, INC., a Florida
Corporation,

                        Defendant.

Case No. 1:24-cv-00656-KES-CDB

**JOINT STIPULATION TO CONTINUE RULE 26 SCHEDULING CONFERENCE**

Plaintiff L.V.Q. and Defendant The GEO Group, Inc., by and through their undersigned counsel, hereby stipulate and respectfully request that the Court continue the parties' Rule 26 scheduling conference by 21 days. The parties' Rule 26 scheduling conference would be continued from October 3, 2024 at 9:00 a.m. until October 24, 2024, or another date thereafter at the court's convenience. The parties' joint scheduling report deadline would be continued from September 26, 2024 to October 17, 2024.

The parties met and conferred about the Complaint, ECF No. 1, and reached an agreement to amend the complaint. Plaintiff filed a First Amended Complaint, ECF No. 9, and Defendant filed an Answer to the First Amended Complaint, ECF No. 10. Because counsel for both parties had extended periods out of office preceding the Rule 26 scheduling conference, counsel's schedules did not allow for sufficient time to meet and confer pursuant to Rule 26(f) and the Court's local rules prior to the joint scheduling report deadline. Accordingly, the parties jointly request to continue the joint scheduling report deadline and the Rule 26 scheduling conference by 21 days.

Therefore, the parties stipulate as follows:

1. The Parties will file a joint scheduling report by October 17, 2024; and

2. The Rule 26 scheduling conference will be moved to October 24, 2024, or another date thereafter at the court's convenience.

IT IS SO STIPULATED.


Respectfully submitted,

DATED: September 25, 2024

*/s/ Jessica Zhang*
Jessica Zhang
Immigrant Legal Defense

*Attorney for Plaintiff L.V.Q.*


DATED: September 25, 2024

*/s/ Susan E. Coleman*
Susan E. Coleman
Burke, Williams & Sorensen, LLP

*Attorney for Defendant The GEO Group*

JOINT STIPULATION TO CONTINUE RULE 26 SCHEDULING CONFERENCE AND [PROPOSED] ORDER
No. 1:24-cv-00656-KES-CDB

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Rule 26 Scheduling Conference currently set for October 3, 2024 at 9:00 a.m. is continued until October 24, 2024 at _____. The parties will file a joint scheduling report by October 17, 2024.

IT IS SO ORDERED.


Dated: _____, 2024                    _____

Honorable Christopher D. Baker
United States Magistrate Judge

JOINT STIPULATION TO CONTINUE RULE 26 SCHEDULING CONFERENCE AND [PROPOSED] ORDER
No. 1:24-cv-00656-KES-CDB