UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.V.Q., <br><br> Plaintiff, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant. | Case No. 1:24-cv-00656-KES-CDB <br><br> ORDER GRANTING APPLICATION OF CLAUDIA VALENZUELA TO PRACTICE *PRO HAC VICE* <br><br> (Doc. 18) |

The Court has considered the application of Claudia Valenzuela, attorney for Plaintiff L.V.Q., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 18).[1] In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED:

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **October 10, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that, despite granting Plaintiff's *ex parte* motion to proceed via pseudonym (Doc. 6), counsel's application for admission discloses the full name of Plaintiff.