UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.V.Q.<br><br>          Plaintiff,<br><br>     v.<br><br>THE GEO GROUP, INC.<br><br>          Defendant. | Case No. 1:24-cv-00656-KES-CDB<br><br>STIPULATED ORDER REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION<br><br>(Doc. 28) |

Pending before the Court is the parties' stipulated request for order regarding discovery of electronically stored information ("ESI"), filed on March 14, 2025. (Doc. 28). The Court has reviewed the parties' pleadings and finds good cause to grant the stipulated request for order as set forth herein. Accordingly, the stipulated request is GRANTED as set forth below:

1.     PURPOSES

The purpose of this Stipulated Order Regarding Discovery of Electronically Stored Information (hereinafter "ESI Order") is to define and standardize the production format for ESI produced by the Parties in this case, pursuant to Federal Rules of Civil Procedure 26(c) and 29(b). The ESI Order reflects the stipulated agreement made by and between counsel for the Parties in this case. Nothing in this ESI Order shall modify, narrow or expand a producing party's obligations with

1  respect to the scope of discovery, including, without limitation, obligations with respect to the
2  production of responsive documents that are not identified through this search protocol.
3  2.     GENERAL FORMAT OF PRODUCTION
4       With the exception of spreadsheet and other database files (*see* Paragraph 2(a)), Powerpoint
5  presentations (*see* Paragraph 2(b)), and audio/visual files (*see* Paragraph 2(c)), all documents that
6  originally exist in hard-copy or native electronic form shall be produced in native electronic image
7  format in the manner provided herein, at the producing party's own expense. Each document's
8  produced image shall convey the same information and image as the original document as it was
9  maintained in the ordinary course. The parties shall meet and confer to attempt to resolve any
10 problems relating to the imaging or formatting of produced documents.
11    a. Spreadsheet and database files shall be produced in native format with a slipsheet image that
12       reads "Produced in Native Format," except that if they require redaction to protect privileged
13       or other objectionable information, they may be produced in image file format, as set forth in
14       Paragraph 3 below, where practicable. Spreadsheet files that require redaction to protect
15       privileged or otherwise objectionable information may also be redacted in native format,
16       such that the original metadata not subject to a claim of privilege is preserved. With respect
17       to spreadsheet files requiring redaction, the producing party may use its discretion in
18       determining which production format is appropriate.
19    b. Powerpoint files (e.g., .ppt or .pptx) shall be produced in native format with a slipsheet image
20       that reads "Produced in Native Format," except that if they require redaction to protect
21       privileged or otherwise objectionable information, they shall be produced in image file
22       format, as set forth in Paragraph 3 below.
23    c. Audio/visual files (e.g., .mov, .wmv, .wav, .mp3, or .mp4 formats) shall be produced in
24       native format with a slipsheet image that reads "Produced in Native Format."
25 3.     DOCUMENT PRODUCTION FORMAT
26       Except as provided in Paragraph 2 and this paragraph, all production images will be provided
27 in a single-page, 300 DPI, Group IV TIFF format with a load file. The text of all pages in the
28
STIPULATED ESI ORDER
1:24-cv-00656-KES-CDB

2

document must be saved as one file. If the extracted text of a native document does not exist or does not represent the entire document, Optical Character Recognition (OCR) will be provided instead. All productions will provide a consistent load file with the same number and order of fields regardless of the types of documents in the production. All images will be produced in a director labeled IMAGES. All native files will be produced in a directory labeled NATIVE. An image cross reference file and a load file containing all required metadata fields will be produced in a directory labeled DATA. All extracted text and/or OCR will be produced in a director labeled TEXT.

Each page of a document shall be scanned or electronically saved into an image in accordance with this paragraph. If a document is more than one page, the unitization of the document and any attachments and/or affixed notes shall be reflected in the load file referenced above.

All documents, except any imaged Powerpoint files, may be produced as black and white images. Powerpoint files shall be produced as color images. With respect to any other documents that require color images to properly understand the content, however, each party shall honor reasonable and specific requests for the production of color image(s) of such documents.

Each page of a produced document shall be sequentially marked with a legible Bates number. Pursuant to the Stipulated Protective Order, confidentiality designations, if needed or required, shall be marked on each page of produced documents and noted in the metadata. For native files, a placeholder TIFF image marked with the Bates number and confidentiality designation shall be produced.

Oversized documents must be produced as PDF files, JPEG images, or in hard copy format so as to retain the resolution and scale of the original document.

4. <u>METADATA</u>

For native files and images generated from native electronic documents (e.g., email, word processing documents, spreadsheets, and presentations), the parties shall provide the metadata corresponding to the fields set forth in Exhibit A, where available and not subject to a claim of privilege, in the accompanying Load File. To the extent that any category of metadata does not exist

or is not reasonably accessible or available at the time of collection, the producing party shall notify the non-producing party at the time of production. Nothing in this ESI Order shall require any party to create, extract, capture, collect, or produce any metadata that doesn't exist. The non-producing party reserves the right to petition the Court if such information exists but has not been produced based on an alleged burden.

5.     NATIVE VERSIONS OF ELECTRONIC DOCUMENTS

The parties shall, upon reasonable request, make native versions of any non-privileged and unredacted electronic document produced in TIFF format available for inspection by the requesting party.

6.     USE OF DOCUMENTS

When any document produced in accordance with this ESI Order is to be used in any hearing, deposition, or at trial, the production image of the document shall be the copy used, except for documents produced solely in native format. OCR versions or extracted text may not be used as a substitute for the full image of any document, although any party may use or present accurate excerpts of any document for demonstrative purposes in accordance with the Rules of Evidence.

7.     NON-CONVERTIBLE FILES

Certain types of files, such as system, executable, and program files do not contain substantive information and are not amenable to conversion into TIFF format. In general, these types of files will not be processed for review or production.

8.     PRIVILEGE LOGS

Privilege logs shall be produced in an electronic, Excel format that allows text searching and filtering.

An email thread for which a party claims a privilege may be logged in a single entry provided that such entry identifies all senders and recipients appearing at any point in the thread, and provided that any included emails or portions of emails that are not subject to privilege are properly produced.

Privilege logs may be produced on a rolling basis, but no later than 30 days after each

STIPULATED ESI ORDER
1:24-cv-00656-KES-CDB

4

associated production. If any log is produced less than 30 days before the close of discovery, the receiving party may, notwithstanding the date of the close of discovery, review and register complaints about said log(s) no later than 30 days after the date of receipt and shall have the right to have those complaints resolved and have any non-privileged documents produced.

9. **OBLIGATION TO MEET AND CONFER**

The parties shall meet and confer regarding the production of any type of data that is not addressed in this protocol.

10. **APPLICABILITY**

This ESI Order shall continue in full force and effect until further order of the Court or until the litigation is terminated by a final judgment.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: _____ _____
Attorney for Plaintiff

DATED: _____ _____
Attorney for Defendant

IT IS SO ORDERED.

Dated:   **March 17, 2025**                             _____
UNITED STATES MAGISTRATE JUDGE

5
STIPULATED ESI ORDER
1:24-cv-00656-KES-CDB

EXHIBIT A

| Field Name | Description |
|---|---|
| **Begin_Bates** | Bates number associated with the first page of a document |
| **End_Bates** | Bates number associated with the last page of a document |
| **Begin_Attach** | Bates number associated with the first page of the parent document |
| **End_Attach** | Bates number associated with the last page of the last attachment |
| **Parent ID** | Bates number of the parent document (filled in only for "child" documents) |
| **PgCount** | The number of images produced for this document |
| **All Custodians** | Name of all custodians who had a copy of the document before deduplication |
| **From** | "From" field in email |
| **To** | "To" field in email |
| **CC** | "CC" field in email |
| **BCC** | "BCC" filed in email |
| **Subject** | "Subject" field in email |
| **Attachments** | File names of the attachments |
| **DateSent** | DateSent field from email. Include both date and time |
| **Redacted** | "Yes" if the document has been redacted |
| **Confidential** | Confidential designation (if any) |
| **FileExt** | The file extension of a document |
| **FileName** | The file name of a document |
| **Hash** | The MD5 or SHA-1 Hash value or "de-duplication |

|  | key" assigned to a document |
|---|---|
| **Orig_FilePath** | Path to location from which original file was collected. If production was deduplicated, include all file paths from which original files were collected. |
| **Prod_FilePath** | Path to the native file on the production media. |
| **Text_FilePath** | Path to the text file on the production media |
| **Date File Created** | Date the ESI was created |
| **Date File Last Modified** | Date the ESI was last modified |