IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.V.Q., | Case No.  1:22-cv-0656-KES-CDB |
| Plaintiff, | ORDER GRANTING JOINT REQUEST TO SEAL DOCUMENTS |
| v. | (Doc. 31) |
| THE GEO GROUP, INC., | |
| Defendant. | **5-DAY DEADLINE** |

Pending before the Court is the parties' joint request to seal documents, filed on July 8, 2025 (Doc. 31), and mailed to the undersigned's chambers, along with a Joint Request to Seal Documents and the documents sought to be sealed.  The parties jointly request the Court seal four exhibits to the parties' joint informal discovery dispute letter brief filed on July 8, 2025.  (Doc. 32).  The parties represent that the exhibits accompanying the letter brief, filed in advance of the discovery dispute conference held July 10, 2025, at 9:00 AM (*see* Docs. 30, 33), include requests for discovery and related email exchanges that mention Plaintiff's name and the name of an individual who was detained at Mesa Verde.  *Id.* at 2.  The parties request the Court seal these documents as the Court has allowed Plaintiff to proceed under pseudonym (*see* Doc. 6) and the full name of the non-party, detained individual should be redacted pursuant to 8 C.F.R. § 236.6 such that his full name is not disclosed in documents on the public docket.  *Id.*

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for*

1

*Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the parties' Joint Request, sealing the four exhibits to the parties' joint informal discovery dispute letter which contain the names of Plaintiff, proceeding under pseudonym, and of the non-party, detained individual serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the parties in their Joint Request would be harmed. In light of the public filing of the redacted documents (Doc. 32-1), the Court further finds that there are no additional alternatives to sealing the exhibits to the parties' joint informal discovery dispute letter that would adequately protect the compelling interests identified by the parties.

### **Conclusion and Order**

Accordingly, pursuant to Local Rule 141 and based upon the representations contained in the parties' Joint Notice and request (Doc. 31), IT IS HEREBY ORDERED that the four exhibits to the parties' joint informal discovery dispute letter shall be SEALED until further order of this Court.

IT IS FURTHER ORDERED within (5) days of issuance of this Order, the parties shall submit a copy of this Order, the Joint Request to Seal Documents, and documents to be sealed by email to the Operations Section of the Clerk of the Court: ApprovedSealed@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **July 10, 2025**

UNITED STATES MAGISTRATE JUDGE