IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.V.Q., | Case No. 1:24-cv-00656-KES-CDB |
| Plaintiff, | ORDER GRANTING UNOPPOSED REQUEST TO SEAL DOCUMENTS |
| v. | |
| THE GEO GROUP, INC., | (Doc. 45) |
| Defendant. | **5-DAY DEADLINE** |

    Pending before the Court is the Plaintiff's unopposed notice of request to seal documents, filed on July 30, 2025 (Doc. 45), and mailed to the undersigned's chambers, along with a request to seal documents and the documents sought to be sealed. Plaintiff requests the Court seal his declaration in support of his opposition (Doc. 44) to Defendant's motion to appoint *guardian ad litem* (Doc. 39).

    Plaintiff requests the Court seal this document as the Court has allowed Plaintiff to proceed under pseudonym (*see* Doc. 6) and, thus, Plaintiff's full name should be redacted. Plaintiff requests the Court to seal the unredacted version of Plaintiff's declaration and allow the publicly filed version to include redactions of Plaintiff's name. *See* (Doc. 45).

    The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Plaintiff's request, sealing Plaintiff's declaration containing his name serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Plaintiff in his request would be

harmed. In light of the public filing of the redacted documents (Doc. 44-1), the Court further finds that there are no additional alternatives to sealing Plaintiff's declaration that would adequately protect the compelling interests identified.

**Conclusion and Order**

Accordingly, pursuant to Local Rule 141 and based upon the representations contained in Plaintiff's notice and request (Doc. 45), IT IS HEREBY ORDERED that Plaintiff's declaration in support of his opposition (Doc. 44) to Defendant's motion to appoint *guardian ad litem* shall be SEALED until further order of this Court.

IT IS FURTHER ORDERED within (5) days of issuance of this Order, Plaintiff shall submit a copy of this Order, the Request to Seal Documents, and unredacted document to be sealed by email to the Operations Section of the Clerk of the Court: ApprovedSealed@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **August 4, 2025**

UNITED STATES MAGISTRATE JUDGE

2