1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   L.V.Q.,                                    Case No.  1:24-cv-0656-KES-CDB

12              Plaintiff,                       ORDER GRANTING DEFENDANT'S
                                                 UNOPPOSED REQUEST TO SEAL
13      v.                                       DOCUMENTS

14   THE GEO GROUP, INC.,                        (Docs. 39, 41, 42)

15              Defendant.                       **5-DAY DEADLINE**

16

17        Pending before the Court is Defendant The GEO Group, Inc.'s ("Defendant") request to seal

18   documents, filed on July 22, 2025  (Doc. 41) and amended notice of errata in support thereof (Doc. 42)

19   and emailed to the undersigned's chambers[1], along with Defendant's Request to Seal Documents,

20   declaration of counsel for Defendant in support thereof, and the documents sought to be sealed.  Defendant

21   requests the Court seal its documents filed in connection with Defendant's motion to appoint guardian ad

22   litem (Doc. 39) which were inadvertently filed with unredacted confidential or protected information: (1)

23   the Declaration of counsel for Defendant Deann R. Rivard, (2) Exhibit A thereto, and (3) Exhibit B thereto.

24   (Doc. 41 at 1).  Defendant represents these documents contain information that should have been redacted

25   pursuant to the June 5, 2024, order granting Plaintiff's *ex parte* motion to proceed under pseudonym and

26

27        [1] Although counsel for Defendant transmitted the documents only to the chambers of the
     assigned district judge, the documents were forwarded to the undersigned by the assigned district
28   judge's chambers staff.

1

1    for protective order (*see* Doc. 6) and that Defendant "should have requested an order granting a sealing

2    and/or redaction request prior to filing."  *Id.* at 2.  Defendant requests the Court grant this sealing request

3    and direct the Clerk of the Court to seal or otherwise restrict access to these documents.  *Id.*  Attached to

4    Defendant's amended notice of errata are the redacted versions of the affected materials.  (Doc. 42 at 3-

5    19).

6           The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist.*

7    *of Or.*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's request

8    and amended notice of errata, sealing the declaration of Defendant's counsel and Exhibits A and B

9    attached to Defendant's motion to appoint guardian ad litem, documents of which contain sensitive

10   information that should have been redacted pursuant to the Court's order (*see* Doc. 6), serves a compelling

11   interest.  The Court further finds that, in the absence of closure, the compelling interests identified by

12   Defendant in its request would be harmed.  In light of the public filing of the redacted documents (Doc.

13   42), the Court further finds that there are no additional alternatives to sealing the unredacted filings of the

14   declaration of Defendant's counsel and Exhibits A and B attached to Defendant's motion to appoint

15   guardian ad litem that would adequately protect the compelling interests identified by Defendant.

16   **Conclusion and Order**

17          Accordingly, pursuant to Local Rule 141 and based upon the representations contained in the

18   Defendant's Notice and request (Doc. 41) and amended notice of errata (Doc. 42), IT IS HEREBY

19   ORDERED that the unredacted filings of the declaration of Defendant's counsel and Exhibits A and B

20   attached to Defendant's motion to appoint guardian ad litem (Doc. 39-1 at 1-17) shall be SEALED until

21   further order of this Court;

22          IT IS FURTHER ORDERED within (5) days of issuance of this Order, Defendant shall submit a

23   copy of this Order, its Request to Seal Documents, and the unredacted documents to be sealed by email

24   to the Operations Section of the Clerk of the Court: ApprovedSealed@caed.uscourts.gov; and

25   ///

26   ///

27   ///

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Clerk of the Court is DIRECTED to lock and make inaccessible to all CM/ECF users the Declaration of Deann R. Rivard and attached exhibits (Doc. 39-1).

IT IS SO ORDERED.

Dated:   **August 4, 2025**

_____
UNITED STATES MAGISTRATE JUDGE