Tania Linares Garcia (CA Bar No. 307980)
Jessica Zhang*
Claudia Valenzuela*
IMMIGRANT LEGAL DEFENSE
1301 Clay St., #70010
Oakland, CA 94612
Telephone: (510) 473-2989
tania@ild.org

*Attorneys for Plaintiff L.V.Q.*

*admitted pro hac vice*

Susan E. Coleman (SBN 171832)
Email:  scoleman@bwslaw.com
Deann R. Rivard (SBN 177482)
Email: drivard@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2953
Tel:  213.236.0600    Fax:  213.236.2700

*Attorneys for Defendant*
THE GEO GROUP, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| L.V.Q.,<br><br>                                   Plaintiff,<br><br>                  v.<br><br>THE GEO GROUP, INC., a Florida Corporation,<br><br>                                   Defendant. | Case No. 1:24-cv-00656-KES-CDB<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING ORDER DEADLINES** |

Pursuant to Fed. R. Civ. P. 16(b)(4), Local Rule 143, and this Court's Scheduling Order, ECF No. 22, Plaintiff L.V.Q. and Defendant The GEO Group, Inc., by and through their undersigned counsel, hereby stipulate and respectfully request an Order continuing certain deadlines in this matter. The parties met and conferred about the current deadlines set forth in this Court's Scheduling Order, and reached an agreement to continue the deadlines to allow more time for discovery.

There exists good cause to continue the deadlines in this case to allow more time for discovery. On December 4, 2024, Plaintiff served upon Defendant requests for the production of documents. ECF No. 34, at 2. On July 10, 2025, this Court ordered Defendant to produce documents in response to Plaintiff's requests, including those that Defendant had withheld based on privacy-related objections. *Id.* at 6. Defendant has since produced the documents subject to the Court's order and has run searches for other ESI responsive to Plaintiff's requests. Ex. A, Decl. of Jessica Zhang. Defendant's counsel has notified Plaintiff's counsel that review of potentially responsive ESI is underway. *Id.* Defendant also served its first set of discovery requests on Plaintiff on August 7, 2025. *Id.* Both parties are working in good faith to respond to all pending discovery requests in a diligent manner, but will not be able to complete discovery by the current deadline for completion of non-expert discovery, currently set for September 24, 2025. *Id.*

Accordingly, the parties jointly request to continue the deadlines in this case to allow for completion of discovery. Therefore, the parties stipulate that the current schedule, ECF No. 22, be modified as follows:

| Case Event | Current Deadline | Revised Deadline |
|---|---|---|
| Mid-discovery Status Conference | August 20, 2025 at 9:30am | November 5, 2025 at 9:30am |
| Non-expert Discovery | September 24, 2025 | December 12, 2025 |
| Expert Disclosure | October 24, 2025 | January 12, 2026 |
| Rebuttal Disclosure | November 24, 2025 | February 12, 2026 |
| Expert Discovery | December 24, 2025 | March 12, 2026 |
| Non-Dispositive Motions | January 8, 2026 Hearing: February 16, 2026 | April 8, 2026 Hearing: May 13, 2026 |

JOINT STIPULATION TO CONTINUE SCHEDULING ORDER DEADLINES AND [PROPOSED] ORDER
No. 1:24-cv-00656-KES-CDB

| Dispositive Motions | March 16, 2026 Hearing: April 27, 2026 at 1:30pm | June 16, 2026 Hearing: July 27, 2026 at 1:30pm |
|---|---|---|
| Pre-Trial Conference | August 24, 2026, 1:30pm | November 23, 2026, 1:30pm |
| Trial | October 20, 2026, 9:00am | January 26, 2027, 8:30am |

IT IS SO STIPULATED.


Respectfully submitted,

DATED: August 12, 2025

/s/ Jessica Zhang
Jessica Zhang
Immigrant Legal Defense

*Attorney for Plaintiff L.V.Q.*


DATED: August 12, 2025

/s/ Deann R. Rivard
Deann R. Rivard
Burke, Williams & Sorensen, LLP

*Attorney for Defendant The GEO Group*

3
JOINT STIPULATION TO CONTINUE SCHEDULING ORDER DEADLINES AND [PROPOSED] ORDER
No. 1:24-cv-00656-KES-CDB

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the deadlines set forth in Scheduling Order, ECF No. 22, are modified pursuant to the parties' stipulation, as follows:

| Case Event | Current Deadline | Revised Deadline |
| --- | --- | --- |
| Mid-discovery Status Conference | August 20, 2025 at 9:30am | November 5, 2025 at 9:30am |
| Non-expert Discovery | September 24, 2025 | December 12, 2025 |
| Expert Disclosure | October 24, 2025 | January 12, 2026 |
| Rebuttal Disclosure | November 24, 2025 | February 12, 2026 |
| Expert Discovery | December 24, 2025 | March 12, 2026 |
| Non-Dispositive Motions | January 8, 2026 Hearing: February 16, 2026 | April 8, 2026 Hearing: May 13, 2026 |
| Dispositive Motions | March 16, 2026 Hearing: April 27, 2026 at 1:30pm | June 16, 2026 Hearing: July 27, 2026 at 1:30pm |
| Pre-Trial Conference | August 24, 2026, 1:30pm | November 23, 2026, 1:30pm |
| Trial | October 20, 2026, 9:00am | January 26, 2027, 8:30am |

IT IS SO ORDERED.

Dated: _____, 2025

_____
Honorable Christopher D. Baker
United States Magistrate Judge

JOINT STIPULATION TO CONTINUE SCHEDULING ORDER DEADLINES AND [PROPOSED] ORDER
No. 1:24-cv-00656-KES-CDB