

# United States District Court
# Eastern District of California

| L.V.Q., | Case Number: 1:24-cv-00656-KES-CDB |

Plaintiff(s)

V.

THE GEO GROUP, INC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Benjamin Berkman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff L.V.Q.

On 11/08/2018 (date), I was admitted to practice and presently in good standing in the Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/18/2025       Signature of Applicant: /s/ Benjamin Berkman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Benjamin Berkman |
| Law Firm Name: | Romanucci & Blandin, LLC |
| Address: | 321 N. Clark St., Suite 900 |
| City: | Chicago   State: IL   Zip: 60654 |
| Phone Number w/Area Code: | (312) 458-1000 |
| City and State of Residence: | Chicago, IL |
| Primary E-mail Address: | bberkman@rblaw.net |
| Secondary E-mail Address: | hward@rblaw.net |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Tania Linares Garcia |
| Law Firm Name: | Immigrant Legal Defense |
| Address: | 1301 Clay street #70010 |
| City: | Oakland   State: CA   Zip: 94612 |
| Phone Number w/Area Code: | (510) 516-3208   Bar #: 307980 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 23, 2025

_____
U.S. MAGISTRATE JUDGE CHRISTOPHER D. BAKER