

United States District Court
Eastern District of California

| L.V.Q., | Case Number: | 1:24-cv-00656-KES-CDB |

Plaintiff(s)

V.

THE GEO GROUP, INC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Maura D. White _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff L.V.Q.

On _____11/09/2006_____ (date), I was admitted to practice and presently in good standing in the

_____Illinois Supreme_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____09/18/2025_____       Signature of Applicant: /s/ _____Maura D. White_____

**Pro Hac Vice Attorney**

Applicant's Name:      Maura D. White

Law Firm Name:      Romanucci & Blandin, LLC

Address:      321 N. Clark St., Suite 900

City: Chicago      State: IL      Zip: 60654

Phone Number w/Area Code: (312) 458-1000

City and State of Residence: Evanston, IL

Primary E-mail Address: mwhite@rblaw.net

Secondary E-mail Address: dkondos@rblaw.net

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Tania Linares Garcia

Law Firm Name:      Immigrant Legal Defense

Address:      1301 Clay street #70010

City: Oakland      State: CA      Zip: 94612

Phone Number w/Area Code: (510) 516-3208      Bar # 307980

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   September 23, 2025                         

U.S. MAGISTRATE JUDGE CHRISTOPHER D. BAKER