Susan E. Coleman (SBN 171832)
Email: scoleman@bwslaw.com
Deann R. Rivard (SBN 177482)
Email: drivard@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
THE GEO GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.V.Q.,<br><br>          Plaintiff,<br><br>     v.<br><br>THE GEO GROUP, INC., a Florida Corporation,<br><br>          Defendant. | Case No. 1:24-cv-00656-KES-CDB<br><br>**DECLARATION OF DEANN R. RIVARD IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S PROPOSED GUARDIAN AD LITEM**<br><br>*Filed concurrently with Defendant's Opposition to Plaintiff's Proposed Guardian Ad Litem*<br><br>Judge:     Hon. Kirk E. Sherriff<br><br>Magistrate Judge:   Hon. Christopher D. Baker |

I, DEANN R. RIVARD, declare as follows:

1. I am admitted in this Court and in the State of California. I am an attorney at Burke, Williams & Sorensen, LLP, and counsel of record for Defendant THE GEO GROUP, INC. in this case. Unless otherwise stated, the following statements are true of my own personal knowledge, and if called upon to testify, I could and would testify competently thereto.

///

///

///

2. Plaintiff disclosed Krystina A.—the proposed guardian *ad litem*—as a fact witness in his Rule 26 Initial Disclosures, indicating that she is a witness with "information regarding harm L.V.Q. suffered while detained at Mesa Verde ICE Processing Center, operated by Defendant."

3. Kristina A. is referred to in investigative reporting completed during the investigation of Plaintiff's sexual assault claim. There is a transcript of Krystina A. and Plaintiff's telephone conversation on or about June 8, 2022, where Plaintiff reported having been sexually assaulted. Such evidence indicates her importance to Plaintiff's civil action as a percipient sexual assault fresh-complaint witness.

Executed on October 6, 2025, at Star Valley, Wyoming.

          /s/ Deann R. Rivard
          Deann R. Rivard

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4900-8603-3264 v1

2

Case No. 1:24-cv-00656-KES-CDB
DECLARATION OF DEANN R. RIVARD ISO
OPPOSITION TO PROPOSED GAL