UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.V.Q.<br><br>          Plaintiff,<br><br>   v.<br><br>GEO Group, Inc.<br><br>          Defendant. | Case No. 1:24-CV-00656-KES-CDB<br><br>JOINT MOTION FOR HIPAA QUALIFIED PROTECTIVE ORDER |

Plaintiff, L.V.Q., by his undersigned counsel, and Defendant, The GEO Group, Inc., by its undersigned counsel, (collectively, the "Parties"), hereby move this Court, pursuant to Federal Rule of Civil Procedure 26(c) and 45 C.F.R. § 164.512(e), for the entry of the attached Proposed Qualified Protective Order.

In support of this motion, the Parties state as follows:

1. Discovery in this action is likely to involve the production of "Protected Health Information" (PHI), as that term is defined by 45 C.F.R. §§ 160.103 and 164.501, pertaining to L.V.Q., and other relevant individuals, including Krystina A., the Plaintiff's guardian ad litem.

2. The Parties have met and conferred and agree that a qualified protective order is necessary to safeguard the privacy of this information and to ensure compliance with the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

3. The proposed Qualified Protective Order is intended to authorize the disclosure of PHI by covered entities and other parties for the limited purpose of this litigation.

4. The proposed Order includes specific provisions that satisfy the requirements of a "qualified protective order" under 45 C.F.R. § 164.512(e)(1)(v), by:

    a. Prohibiting the Parties and any recipients of the PHI from using or disclosing the information for any purpose other than this action.

b.  Requiring the return to the producing entity or the destruction of all PHI (including all copies, ESI, etc.) at the conclusion of this action.

5.  The Parties agree that entry of this Order constitutes a finding of "good cause" for the protection of this information under Federal Rule of Civil Procedure 26(c).

6.  The entry of this Order will facilitate discovery, avoid unnecessary disputes, and protect the privacy interests of the individual(s) involved.

WHEREFORE, the Parties respectfully request that the Court enter the attached Proposed Qualified Protective Order.

DATED: <u>November 6, 2025</u>                  ROMANUCCI & BLANDIN, LLC

By:
/s/ *Benjamin Berkman*
Benjamin Berkman *
Maura D. White *
Attorneys for Plaintiff L.V.Q.

IMMIGRANT LEGAL DEFENSE
Jessica Zhang*
Claudia Valenzuela*
Attorneys for Plaintiff L.V.Q.

*Admitted pro hac vice*

BURKE, WILLIAMS & SORENSEN, LLP
By:
/s/ *Deann R. Rivard*
Deann R. Rivard
Susan E. Coleman
Lauren Dossey
Attorneys for Defendant
THE GEO GROUP, INC.

2
JOINT MOTION FOR HIPAA QUALIFIED PROTECTIVE ORDER
1:24-cv-00656-KES-CDB