Susan E. Coleman (SBN 171832)
Email:  scoleman@bwslaw.com
Deann R. Rivard (SBN 177482)
Email: drivard@bwslaw.com
Lauren S. Dossey (SBN 244887)
Email: ldossey@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2953
Tel:  213.236.0600 Fax:  213.236.2700

Attorneys for Defendant
THE GEO GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| L.V.Q., | Case No. 1:24-cv-00656-KES-CDB |
|---|---|
| Plaintiff, | **NOTICE OF REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141** |
| v. | |
| THE GEO GROUP, INC., a Florida Corporation, | Date:    August 3, 2026<br>Time:    1:30 p.m.<br>Ctrm:    6 |
| Defendant. | District Judge: Hon. Kirk E. Sherriff |
| | Magistrate<br>Judge:    Hon. Christopher D. Baker |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 141 of the United States District Court for the Eastern District of California, Defendant The GEO Group, Inc. ("GEO") hereby submits this Notice of Request to Seal Documents in support of Defendant GEO's  Notice of Motion and Motion for Partial Summary Adjudication.

Defendant GEO seeks an Order sealing the following documents: (1) the Notice of Motion and Motion for Partial Summary Adjudication; (2) Declaration of Minga Wofford In Support of Motion for Partial Summary Adjudication; Exhibits A

4917-1567-1221 v1

1

Case No. 1:24-cv-00656-KES-CDB
NOTICE OF REQUEST TO SEAL DOCUMENTS
PURSUANT TO LOCAL RULE 141

through F, attached thereto; (3) Declaration of Deann Rivard In Support of Motion for Partial Summary Adjudication; Exhibits G through R, attached thereto; (4) Declaration of James Janecka In Support of Motion for Partial Summary Adjudication; (5) Appendix of Evidence In Support of Motion for Partial Summary Adjudication (6) Statement of Undisputed Facts In Support of Motion for Partial Adjudication (7) [Proposed] Order Granting Motion for Partial Summary Adjudication; (8) Request for Judicial Notice In Support of Motion for Partial Summary Adjudication and (9) [Proposed] Order Granting Request for Judicial Notice In Support of Motion for Partial Summary Adjudication. These documents contain information that should have been redacted and/or sealed pursuant to personal privacy and medical rights, and immigration law enforcement-related security concerns and trade secret privileges.

In accordance with Local Rule 141, Defendant GEO has submitted the following documents to the Court via email to Judge Sheriff's chambers at kesorders@caed.uscourts.gov: (1) the Request to Seal Documents; (2) the Declaration of Deann R. Rivard in support of Defendant's Request to Seal Documents; (3) the [Proposed] Order; and (4) the documents covered by the Request. The Request, declaration, proposed order, and submitted documents were served on Plaintiff's counsel on the day they were submitted to the Court, as required by Local Rules 135 and 141.

Defendant GEO respectfully requests that the Court grant this sealing request and direct the Clerk to seal.

Dated:  June 16, 2026          BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Deann R. Rivard*
Susan E. Coleman
Lauren S. Dossey
Deann R. Rivard
Attorneys for Defendant THE GEO GROUP, INC.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4917-1567-1221 v1

2

Case No. 1:24-cv-00656-KES-CDB
NOTICE OF REQUEST TO SEAL DOCUMENTS
PURSUANT TO LOCAL RULE 141