UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.V.Q.,

           Plaintiff,

     v.

THE GEO GROUP, INC., a Florida Corporation,

           Defendant.

Case No. 1:24-cv-00656-KES-CDB

**[PROPOSED] ORDER GRANTING REQUEST FOR SEALING DOCUMENTS**

*[Filed concurrently with Notice Of Request To Seal Documents]*

Judge:     Hon. Kirk E. Sherriff

Magistrate Judge:     Hon. Christopher D. Baker

The Court, having review the Request for Sealing Document in connection with the Notice of Motion and Motion for Partial Summary Adjudication and all its accompanying document in support of,

**IT IS HEREBY ORDERED** that the following be filed Under Seal.

(1) the Notice of Motion and Motion for Partial Summary Adjudication; (2) Declaration of Minga Wofford In Support of Motion for Partial Summary Adjudication; Exhibits A through F, attached thereto; (3) Declaration of Deann Rivard In Support of Motion for Partial Summary Adjudication; Exhibits G through R, attached thereto; (4) Declaration of James Janecka In Support of Motion for Partial Summary Adjudication; (5) Appendix of Evidence In Support of Motion for Partial Summary Adjudication (6) Statement of Undisputed Facts In Support of

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4936-9164-7413 v1

1

Case No. 1:24-cv-00656-KES-CDB
[PROPOSED] ORDER GRANTNG REQUEST FOR SEALING DOCUMENTS

Motion for Partial Adjudication (7) [Proposed] Order Granting Motion for Partial Summary Adjudication; (8) Request for Judicial Notice In Support of Motion for Partial Summary Adjudication and (9) [Proposed] Order Granting Request for Judicial Notice In Support of Motion for Partial Summary Adjudication.

Dated:

_____
Honorable Judge Kirk E. Sheriff
United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4936-9164-7413 v1

2

Case No. 1:24-cv-00656-KES-CDB
[PROPOSED] ORDER GRANTNG REQUEST
FOR SEALING DOCUMENTS