Susan E. Coleman (SBN 171832)
Email:  scoleman@bwslaw.com
Deann R. Rivard (SBN 177482)
Email: drivard@bwslaw.com
Lauren S. Dossey (SBN 244887)
Email: ldossey@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2953
Tel:  213.236.0600 Fax:  213.236.2700

Attorneys for Defendant
THE GEO GROUP, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.V.Q., | Case No. 1:24-cv-00656-KES-CDB |
| Plaintiff, | **DECLARATION OF DEANN R. RIVARD IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S UNOPPOSED REQUEST TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY ADJUDICATION** |
| v. | |
| THE GEO GROUP, INC., a Florida Corporation, | |
| Defendant. | *Filed concurrently with Defendant's Unopposed Request to Seal Documents; [Proposed] Order Granting Request to File Under Seal* |
| | District Judge: Hon. Kirk E. Sherriff |
| | Date:    August 3, 2026 |
| | Time:    1:30 p.m. |
| | Crtrm.:  6 |

///

///

///

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4932-3746-9877 v1

Case No. 1:24-cv-00656-KES-CDB
RIVARD DECL. RE REQUEST TO SEAL

I, DEANN R. RIVARD, declare as follows:

1.     I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and would competently testify thereto if called and sworn as a witness.

2.     I am an attorney at law licensed to practice before this Court and all of the courts of the State of California.  I am a partner in the law firm of Burke, Williams & Sorensen, LLP, attorneys of record for Defendant The GEO Group, Inc. ("GEO").

3.     I make this declaration in support of GEO's unopposed Request to redact and file under seal certain documents and items which are being filed concurrently with GEO's motion for partial summary adjudication.

4.     These documents and items include Plaintiff's official court records, prison records, ICE forms, and other detention file records that contain the Plaintiff's name and personal identifying information, including but not limited to date of birth, criminal history record, alien registration number ("A number"), and/or medical information that were produced pursuant to the stipulated protective order entered into by the parties in this case. [See, Docs. # 26, 27.]

5.     On information and belief, this Court's Order granting Plaintiff's unopposed *ex parte* motion to redact, file under seal, and proceed under pseudonym (*see* Doc. # 6, including the basis for the court granting same), governs GEO's summary judgment motion filing, and requires that GEO redact or otherwise withhold all personally identifying information, including Plaintiff's true full names, from all public filings, consistent with Federal Rule of Civil Procedure 5.2.  As such, GEO is required to redact Plaintiff's personal identifying information accordingly from the above-referenced records, and will lodge the unredacted documents under seal concurrently with this declaration.

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4932-3746-9877 v1                                   2                    Case No. 1:24-cv-00656-KES-CDB
RIVARD DECL. RE REQUEST TO SEAL

6.      Emails filed in support of GEO's motion contain the full email addresses and full names of executive officer employees of the Department of Homeland Security ("DHS") Immigration and Customs Enforcement Bureau ("ICE") Enforcement and Removal Operations ("ERO"), and GEO personnel who work pursuant to contract with ICE which constitutes information subject to the "official information" privilege.  This information is highly sensitive law enforcement and law enforcement-related information, and if publicly filed, could cause safety and security-related issues that could result in personal and professional harm to the referenced, named individuals, including doxxing and other safety-related issues in light of the current public sentiment against immigration enforcement and those employed in that profession.  These records include internal email addresses for GEO employees, potentially ICE law enforcement personnel, and regulatory agency personnel that are not generally available to the public for security reasons., *e.g.,* reasonably foreseeable threat of doxxing, personal attacks, etc., by the public.  The unredacted full names and email addresses of these ICE and GEO employees were produced to Plaintiff as confidential and subject to the protective order on file [*See* Docs. #26, 27.]

7.      I have searched the internet and found some of the audit and inspection records for Mesa Verde on the internet in a redacted form.  The unredacted Mesa Verde audit and inspection records that were produced confidential, subject to the protective order on file in this case [*See* Docs. ## 26, 27.]  The unredacted audit and inspection records contain detailed descriptions of the Mesa Verde facility's security and operations information that may provide an insight into how the facility operates; if exposed to public review could compromise its safety and security.

8.      In addition to safety concerns, the disclosure of this information could adversely affect GEO's ability to compete in the jail and prison management industry.  If not sealed, GEO's competitors could make use of the information to compete with GEO in the provision of its prison management services at its various

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4932-3746-9877 v1

3

Case No. 1:24-cv-00656-KES-CDB
RIVARD DECL. RE REQUEST TO SEAL

facilities.  As such, there is a substantial probability that GEO's overriding interests in protecting its trade secrets and its ability to compete in the jail and prison management industry may be prejudiced.

9.    Lastly, Defendant was agreeable to Plaintiff's requests to mark all of the depositions confidential given the nature of the factual allegations in this action (sexual assault, medical and mental health disabilities).

10.    The unredacted versions of the proposed documents and items are attached to the document entitled "UNREDACTED VERSIONS OF DOCUMENTS PROPOSED TO BE FILED UNDER SEAL IN SUPPORT OF DEFENDANT THE GEO GROUP INC.'S MOTION FOR SUMMARY JUDGMENT," which is being submitted via email to Judge Sheriff's chambers at kesorders@caed.uscourts.gov, concurrently with the filing of Defendant's motion for partial summary adjudication, in accordance with Civil Local Rule 141.  Defendant GEO is submitting the following documents to the Court via email: (1) the Request to Seal Documents; (2) the Declaration of Deann R. Rivard in support of Defendant's Request to Seal Documents; (3) the [Proposed] Order; and (4) the documents covered by the Request. The Request, declaration, proposed order, and submitted documents will be served on Plaintiff's counsel immediately upon being submitted to the Court, as required by Local Rules 135 and 140.

11.    Defendant GEO respectfully requests that the Court grant this sealing request and direct the Clerk to seal or otherwise restrict access to the

12.    I met and conferred with Plaintiffs' counsel on June 8, 2026, via videoconference and generally discussed GEO's intent to seek to file the above-referenced documents under seal in support of its motion for summary judgment relative to punitive damages.  During the parties' videoconference meet and confer, Plaintiff's counsel indicated Plaintiff could not at this point see any basis for opposing an under-seal filing request for any records in support of GEO's Motion but would respond to my email(s) with plaintiff's ultimate position.  I emailed my

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4932-3746-9877 v1

4

Case No. 1:24-cv-00656-KES-CDB
RIVARD DECL. RE REQUEST TO SEAL

understanding of Plaintiff's position and did not receive any response thereto.  I thereafter emailed Plaintiffs' counsel yesterday and today with a list of the proposed documents and items that GEO believes should be sealed.  Plaintiff's counsel informed me that Plaintiff has no objection to Defendant's Request to file under seal documents in support of Defendant's motion for partial summary adjudication.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 16, 2026, at Star Valley, Wyoming.


_/s/ Deann R. Rivard_
DEANN R. RIVARD

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4932-3746-9877 v1

5

Case No. 1:24-cv-00656-KES-CDB
RIVARD DECL. RE REQUEST TO SEAL