UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.V.Q.,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida Corporation,<br><br>Defendant. | No. 1:24-cv-00656-KES-CDB<br><br>**ORDER GRANTING GEO'S UNOPPOSED REQUEST TO SEAL**<br><br>Doc. 123 |

Before the court is defendant The GEO Group, Inc's ("GEO") unopposed renewed request to redact and seal certain information in the Declaration of M. Wofford and in the exhibits attached thereto, in support of its motion for summary adjudication. Doc. 123. GEO seeks to redact and seal (1) the first names and email addresses of GEO's staff members and personnel of the Department of Homeland Security ("DHS") and Immigration and Customs Enforcement ("ICE"), (2) documents concerning security at a GEO facility, and (3) documents concerning GEO's internal quality control procedures.

The court evaluates whether to seal documents using the balancing test discussed in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). Under this test, a party seeking to seal a judicial record bears the burden of overcoming the strong presumption in favor of public access by meeting the "compelling reasons standard." *Id.* at 1178 (internal citation

omitted). "[T]he party must articulate compelling reasons supported by specific factual findings . . . that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Id.* at 1178–79 (cleaned up). "In turn, the court must conscientiously balance the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* at 1179 (internal citation omitted). Parties may move to seal documents to protect non-parties. *See 3D Sys., Inc. v. Wynne*, No. 21-cv-1141-AGS-DDL, 2024 WL 1122377, at *3 (S.D. Cal. March 14, 2024); *Cox. v. First Student Inc.*, No. 3:25-cv-05497-DGE, 2025 WL 3443100, at *3 (W.D. Wash. Dec. 1, 2025).

GEO has established that compelling reasons support redacting and sealing the requested information, including the first names and email addresses of staff and personnel at GEO, DHS, and ICE, prison security-related information, and information concerning GEO's internal quality control procedures. These interests outweigh the public's interest in disclosure as to this information. GEO seeks to redact only limited information in a small number of documents. Redacting this information will help protect sensitive information while not materially undermining public access to court documents.

Accordingly, it is **ORDERED**:

1. GEO's unopposed renewed request to seal is **GRANTED**.
2. Access to the sealed documents shall be limited to the court, authorized court personnel, and the parties and their counsel.
3. Within ten days from the issuance of this order, GEO shall publicly file redacted versions of the documents covered by the request to seal.

IT IS SO ORDERED.

Dated: November 22, 2026

UNITED STATES DISTRICT JUDGE